**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-6691**

_____

UNITED STATES OF AMERICA,

                    Plaintiff - Appellee,

          v.

ALBERT RANDOLPH, a/k/a Spo,

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  James R. Spencer, Chief District Judge.  (3:01-cr-00304-JRS-11)

_____

Submitted:  August 18, 2011          Decided:  August 23, 2011

_____

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Albert Randolph, Appellant Pro Se.  Peter Sinclair Duffey, Robert E. Trono, Assistant United States Attorneys, David Novak, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Albert Randolph appeals the district court's order denying relief on his 18 U.S.C. § 3582 (2006) motion for a reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Randolph, No. 3:01-cr-00304-JRS-11 (E.D. Va. May 6, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED